HERMAN NICHOLSON, an Infant, by LUTHER L. WELLER, his Guardian ad Litem, Respondent, v. JONATHAN STERNBERG et al., Appellants.

*Nicholson* v. *Sternberg*, 61 App. Div. 51, appeal dismissed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1901, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*George W. Driscoll* and *Oliver D. Burden* for appellants.

*John H. McCrahon* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.